UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE MUSIC FORCE LLC, doing business as THE MUSIC FORCE, also doing business as FULL FORCE MUSIC, and HENRY MARX on behalf of themselves and all those similarly situated,<br><br>    Plaintiffs,<br><br> -against-<br><br>BLACK ENTERTAINMENT TELEVISION LLC, VIACOM INC. and JOHN DOES 1-10,<br><br>    Defendants. | Case No. 09-CV-00376 (GBD)<br>**ECF CASE** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Declaration of Christopher M. McGrath, the Exhibits thereto, and the other documents, pleadings and matters of record herein, Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable George B. Daniels, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on July 21, 2011 at 10:00 a.m., for a finding that the proposed award of attorneys' fees, reimbursement of expenses, and incentive awards for the class representative Plaintiffs should all be granted as reasonable and fair to the Settlement Classes.

Dated: New York, New York
    June 23, 2011

                Respectfully submitted,

                */s/ Christopher Lovell*
                Christopher Lovell (CL-2595)
                Christopher M. McGrath (CM-4983)
                **LOVELL STEWART HALEBIAN JACOBSON LLP**
                61 Broadway, Suite 501
                New York, New York 10006

Telephone: (212) 608-1900
Facsimile: (212) 719-4775

*/s/ Jeffrey L. Graubart*
Jeffrey L. Graubart (JG-1338)
**LAW OFFICES OF JEFFREY L. GRAUBART, P.C.**
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105-1855
Telephone: (626) 304-2800
Facsimile: (626) 304-2807

*/s/ Joshua Graubart*
Joshua Graubart (JG-6791)
**LAW OFFICES OF JOSHUA GRAUBART, P.C.**
6 East 39th Street, 6th Floor
New York, New York 10016
Telephone: (646) 781-9321
Facsimile: (646) 224-8088

*Counsel for Plaintiffs & the Settlement Classes*